JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA  **Category No.** II  **Investigating Agency** HSI, DOT-OIG

**City** Stoughton  **Related Case Information:**
**County** Norfolk
Superseding Ind./Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 23-5046-JGD
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes ☑ No

Defendant Name: Eric J. Mathison  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____
Address: East Boston, MA
Birth date (Yr only): 1977  SSN (last 4#): 9588  Sex: M  Race: W  Nationality: US

**Defense Counsel if known:** _____  Address: _____
Bar Number: _____

**U.S. Attorney Information**

AUSA: Christine Wichers, Adam Deitch  Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/25/2024  Signature of AUSA: *Christine Wichers*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Eric J. Mathison

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1951 | Conspiracy to Commit Extortion | 4 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**             **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA    **Category No.** II    **Investigating Agency** HSI, DOT-OIG

**City** Stoughton

**County** Norfolk

**Related Case Information:**
Superseding Ind./Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 23-5046-JGD
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____ ☐ Yes ☑ No

Defendant Name: Scott Camara     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: Rehoboth, MA

Birth date (Yr only): 1981    SSN (last 4#): 6789    Sex: M    Race: W    Nationality: US

Defense Counsel if known: Anthony Riccio     Address: 1147 Hancock St., Ste 212

Bar Number: 681871     Quincy, MA 02169

**U.S. Attorney Information**

AUSA: Christine Wichers, Adam Deitch     Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/25/2024     Signature of AUSA: _[signature]_

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  Scott Camara

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy to Falsify Records | 2 |
| Set 2 | 18 USC 1623 | Perjury | 74 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

≋JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA    **Category No.** II    **Investigating Agency** HSI, DOT-OIG

**City** Stoughton

**County** Norfolk

**Related Case Information:**
Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  23-5046-JGD, 23-5493-JGD
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes  ☑ No

Defendant Name  Joel Rogers    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes ☑ No

Alias Name: _____

Address: Bridgewater, MA

Birth date (Yr only): 1969    SSN (last 4#): 7358    Sex: M    Race: W    Nationality: US

Defense Counsel if known: Kevin R. Mullen    Address: 15 Foster St.

Bar Number: 600535    Quincy, MA 02169

**U.S. Attorney Information**

AUSA: Christine Wichers, Adam Deitch    Bar Number if applicable: _____

Interpreter: ☐ Yes ☑ No    List language and/or dialect: _____

Victims: ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

Location Status:

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____    on _____

Charging Document:  ☐ Complaint    ☐ Information    ☑ Indictment

Total # of Counts:  ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/25/2024    Signature of AUSA: *[signature]*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Joel Rogers

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy to Falsify Records | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**              **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA     **Category No.** II     **Investigating Agency** HSI, DOT-OIG

**City** Stoughton     **Related Case Information:**

**County** Norfolk

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 23-5046-JGD, 23-5311-JGD
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes ☑ No

Defendant Name: Perry Mendes     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: Wareham, MA

Birth date (Yr only): 1960    SSN (last 4#): 9049    Sex: M    Race: _____    Nationality: US

Defense Counsel if known: R. Bradford Bailey    Address: 44 School St., Ste 1000

Bar Number: 549749                          Boston, MA 02108

**U.S. Attorney Information**

AUSA: Christine Wichers, Adam Deitch    Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 10

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/25/2024     Signature of AUSA: *[signature]*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Perry Mendes

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy to Falsify Records | 1 |
| Set 2 | 18 USC 1951 | Conspiracy to Commit Extortion | 4 |
| Set 3 | 18 USC 1519 | Falsification of Records | 41-43 |
| Set 4 | 18 USC 1001(a)(2) | False Statements | 69-70 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**             **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA     **Category No.** II     **Investigating Agency** HSI, DOT-OIG

**City** Stoughton     **Related Case Information:**
**County** Norfolk

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 23-5046-JGD
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes   ☑ No

**Defendant Information:**

Defendant Name: Calvin Butner    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: Halifax, MA

Birth date (Yr only): 1960    SSN (last 4#): 1453    Sex: M    Race: B    Nationality: US

Defense Counsel if known: William H. Connolly    Address: 20 Park Plaza, Ste 1000
Bar Number: 634501                                            Boston, MA 02116

**U.S. Attorney Information**

AUSA: Christine Wichers, Adam Deitch    Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony 19

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/25/2024    Signature of AUSA: *[signature]*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Calvin Butner

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy to Falsify Records | 1 |
| Set 2 | 18 USC 1951 | Conspiracy to Commit Extortion | 4 |
| Set 3 | 18 USC 1519 | Falsification of Records | 35-40 |
| Set 4 | 18 USC 1519, 2 | Falsification of Records; Aiding and Abetting | 44-46 |
| Set 5 | 18 USC 1001(a)(2) | False Statements | 64-68 |
| Set 6 | 18 USC 1001(a)(2), 2 | False Statements; Aiding and Abetting | 71-73 |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA  **Category No.** II  **Investigating Agency** HSI, DOT-OIG

**City** Stoughton  **Related Case Information:**
**County** Norfolk
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  23-5046-JGD, 23-5310-JGD
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   Yes [ ]  No [✓]

**Defendant Name**  Gary Cederquist   Juvenile: Yes [ ] No [✓]

Is this person an attorney and/or a member of any state/federal bar:  Yes [ ] No [✓]

**Alias Name:**
**Address:** Stoughton, MA
**Birth date (Yr only):** 1965  **SSN (last 4#):** 1461  **Sex:** M  **Race:** W  **Nationality:** US
**Defense Counsel if known:** Vincent DeMore  **Address:** 141 Tremont St., Ste 300
**Bar Number:** 671136   Boston, MA 02111

**U.S. Attorney Information**
**AUSA:** Christine Wichers, Adam Deitch  **Bar Number if applicable:** _____

**Interpreter:** Yes [ ] No [✓]  List language and/or dialect: _____

**Victims:** Yes [ ] No [✓]  If yes, are there multiple crime victims under 18 USC§3771(d)(2) Yes [ ] No [ ]

**Matter to be SEALED:** Yes [✓] No [ ]

[✓] **Warrant Requested**  [ ] Regular Process  [ ] In Custody

**Location Status:** _____

**Arrest Date:** _____

[ ] Already in Federal Custody as of _____ in _____.
[ ] Already in State Custody at _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:** [ ] Complaint  [ ] Information  [✓] Indictment
**Total # of Counts:** [ ] Petty ____  [ ] Misdemeanor ____  [✓] Felony 57

Continue on Page 2 for Entry of U.S.C. Citations

[✓]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 1/25/2024  **Signature of AUSA:** _/s/_

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Gary Cederquist

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy to Falsify Records | 1-3 |
| Set 2 | 18 USC 1951 | Conspiracy to Commit Extortion | 4-6 |
| Set 3 | 18 USC 1951 | Extortion | 7-9 |
| Set 4 | 18 USC 1341, 1346 | Honest Services Mail Fraud | 10-15 |
| Set 5 | 18 USC 1519 | Falsification of Records | 16-34 |
| Set 6 | 18 USC 1519, 2 | Falsification of Records; Aiding and Abetting | 44-46 |
| Set 7 | 18 USC 1001(a)(2) | False Statements | 47-63 |
| Set 8 | 18 USC 1001(a)(2), 2 | False Statements; Aiding and Abetting | 71-73 |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**