UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) GARY CEDERQUIST,<br>(2) CALVIN BUTNER,<br>(3) PERRY MENDES,<br>(4) JOEL ROGERS, and<br>(5) SCOTT CAMARA,<br><br>        Defendants. | Case No. 24-cr-10024-IT |

**GOVERNMENT'S ASSENTED-TO MOTION FOR FOUR-DAY EXTENSION
OF DEADLINE FOR JOINT EXHIBIT LIST AND DELIVERY OF
COURTESY ELECTRONIC COPIES OF EXHIBITS TO THE COURT**

The parties' final pretrial filings (Stipulated Facts, Joint Exhibit List, Witness List, Trial Brief, and courtesy electronic copies of all exhibits) are due Monday, March 31. (Dkt 156) The government respectfully requests that the Court extend the deadline for two of these items, the joint exhibit list and delivery of courtesy electronic copies of the exhibits to the Court, by four days, to Friday, April 4. The parties intend to meet the March 31 deadline for the other filings.

The basis for this motion is that the government is still finalizing its exhibits, including trimming some of them in an effort to make them unobjectionable (or at least less objectionable) to the defense.

Trial is scheduled to begin on April 14. The final pretrial conference is scheduled for April 8. The requested extension will not delay either event. The parties have filed/exchanged all documents due to date under the Pretrial Order.

1

The government has conferred with defense counsel, all of whom assent to the relief requested in this motion.

          Respectfully submitted,

          LEAH B. FOLEY
          United States Attorney

By:    */s/ Christine Wichers*
      Christine Wichers
      Adam W. Deitch
      Assistant U.S. Attorneys

**Certificate of Service**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 28, 2024.

      */s/ Christine Wichers*
      Christine Wichers
      Assistant U.S. Attorney