UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) GARY CEDERQUIST,<br>(2) CALVIN BUTNER,<br>(3) PERRY MENDES,<br>(4) JOEL ROGERS, and<br>(5) SCOTT CAMARA,<br><br>                    Defendants. | Case No. 24-cr-10024-IT |

**GOVERNMENT'S WITNESS LIST**

Pursuant to Section IV(C) of the Pretrial Order, the government provides the following list of witnesses it may call at trial to be read to the jury during voir dire.

Andrew Amaral
Massachusetts State Police

Michael Beaucage
Uxbridge, MA

Keith Betts
Brockton, MA

Michael Blanchette
Massachusetts State Police

Peter Cakridas, Jr.
Braintree, MA

Peter Cakridas, Sr.
Canton, MA

Frederick Cooper
U.S. Department of Transportation, Office of Inspector General

1

John Cruz
West Bridgewater, MA

Charles Daley
Hingham, MA

Gretchen Daley
MA Registry of Motor Vehicles

Paul Damon
East Bridgewater, MA

Matthew Davis
Massachusetts State Police, retired

Evan DeArruda
Fall River, MA

William Harrington
Massachusetts State Police

Keeper of Records
IDEMIA Public Security
Reston, VA

Christopher Kaszyk
Massachusetts State Police

Timothy Kilgore
Massachusetts State Police

Kazamie Kirby
Hyde Park, MA

Ruben Laroche
Attleboro, MA

Nicholas Lorenco
Massachusetts State Police

Jason Macomber
Massachusetts State Police

Thomas McGrath
South Easton, MA

Joseph McLaughlin
Massachusetts State Police

Ryan McVoy
Primo Water North America
Tampa, FL

Ryan Montgomery
Shirley, MA

Mathew Moran
Massachusetts State Police

Jeff Oberdank
American Association of Motor Vehicle Administrators

Benjamin Palmer
Bourne, MA

Anthony Papandrea
Derry, NH

Christopher Perreira, Jr.
Dighton, MA

Christopher Perreira, Sr.
Dighton, MA

Matthew Poirier
U.S. Department of Transportation

Tristan Randolph
Brockton, MA

Cornelius Rivers
Stoughton, MA

Barry Rotberg
Ashland, MA

Clarence Rowell
Randolph, MA

Alan Seitz
Homeland Security Investigations

Thomas Smith
Athol, MA

Timothy Stock
Canton, MA

Christopher Sturgis
Massachusetts State Police

Timothy Taber
Homeland Security Investigations

Duarte Tavares
Massachusetts State Police

Kim Underwood
Framingham, MA

Richard Waterhouse
Ashby, MA

                              Respectfully submitted,

                              LEAH B. FOLEY
                              United States Attorney

By:    */s/ Christine Wichers*
        Christine Wichers
        Adam W. Deitch
        Assistant U.S. Attorneys

## Certificate of Service

      I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 31, 2025.

                                                        */s/ Christine Wichers*
                                                        Christine Wichers
                                                        Assistant U.S. Attorney