## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

Criminal No.
24-CR-10024-IT

### UNITED STATES OF AMERICA

### VS.

### GARY CEDERQUIST

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PRESENTENCE REPORT AND MOTION TO CONTINUE SENTENCING HEARING

Now comes the defendant, Gary Cederquist, in the above captioned matter, through counsel, who is a sole practioner, and moves this Honorable Court for an order continuing this matter from September 29, 2025 at 3:00 p.m. for sentencing to October 14, 2025 at 3:00.

In support hereof counsel for the defendant states that he completed the week long trial of Commonwealth vs. John Shea at 7:30 last evening in Barnstable Superior Court and has been ordered to begin the first degree murder trial of Commonwealth vs. Stephen Walcott in Plymouth Superior Court on September 11, 2025.

Due to the press of counsel's recent trial commitments it is also requested that an additional 14 day extension be granted for the filing of the defendant's Opposition to the Presentence Report. The goverment opposes this request.

Wherefore it is requested that this matter be continued.

Gary Cederquist,
By his attorney

/s/Kevin J. Reddington, Esq.

KEVIN J. REDDINGTON • ATTORNEY AT LAW • 1342 BELMONT STREET • BROCKTON, MASSACHUSETTS 02301 • (508) 583-4280/(508) 580-6186

## CERTIFICATE OF SERVICE

I, Kevin J. Reddington, Esq., Attorney for the Defendant, Gary Cederquist, hereby certify that the following documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 10, 2025.

DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PRESENTENCE REPORT AND MOTION TO CONTINUE SENTENCING HEARING

/s/Kevin J. Reddington, Esq

KEVIN J. REDDINGTON • ATTORNEY AT LAW • 1342 BELMONT STREET • BROCKTON, MASSACHUSETTS 02301 • (508) 583-4280/(508) 580-6186