# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**Criminal No.**
**24-CR-10024-IT**

## UNITED STATES OF AMERICA

## VS.

## GARY CEDERQUIST

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Now comes Kevin J. Reddington, Esq., and hereby moves this Court for an order allowing his withdrawal as counsel of record for the above captioned defendant/appellant, Gary Cederquist.

In support hereof counsel states that due to the press of his upcoming trial schedule he is unable to represent this defendant.

Wherefore it is requested that he be allowed to withdraw as counsel of record.

/s/Kevin J. Reddington, Esq.
**CERTIFICATE OF SERVICE**

I, Kevin J. Reddington, Esq., Attorney for the Defendant, Gary Cederquist, hereby certify that the following documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 15, 2025.

MOTION TO WITHDRAW AS COUNSEL OF RECORD

/s/Kevin J. Reddington, Esq.

## CERTIFICATE OF SERVICE

I, Kevin J. Reddington, Esq., Attorney for the Defendant, Gary Cederquist, hereby certify that I have served a copy of the within Motion to Withdraw, this date, via regular mail, to;

Gary Cederquist
38 Everett Circle
Stoughton, MA  02072

_____
Kevin J. Reddington, Esq.

DATED        :        October 15, 2025

LAW OFFICES OF
# KEVIN J. REDDINGTON

ASSOCIATE
PATRICK H. REDDINGTON

WILLIAMSBURG SQUARE
SUITE 203
1342 BELMONT STREET
BROCKTON, MASSACHUSETTS
02301

(508) 583-4280  (508) 580-6186
FAX (508) 588-2174
CELL (508) 726-4819
E-MAIL - kevinreddington@msn.com

October 15, 2025

Gary Cederquist
38 Everett Circle
Stoughton, MA 02072

RE:   United States vs. Gary Cederquist
      No. 24-CR-10024-IT

Dear Gary:

    Enclosed please find a copy of my Motion to Withdraw which I am filing today.

    Thank you for your attention.

Very truly yours,

Kevin J. Reddington

KJR/lam
encl