FORM 6. Motion and Declaration for Leave to Proceed in Forma Pauperis

Form 6 (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## MOTION AND DECLARATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

**Case Number:** 24-cr-10024-IF / 25-2008

**Short Case Caption:**

**Filer Name:** Gary Cederquist

---

**Instructions:** If you would like to have the court consider waiving the docketing fee for your petition for review or notice of appeal, please complete and file this form within 14 days after the date of docketing of your case.

Complete all questions; if the answer to a question is 0, write in that response. In answering, identify only gross amounts (i.e., amounts before any deductions for taxes or otherwise). If you need more space to answer a question or to explain your answer, attach additional pages as needed. Failure to fully answer the questions may result in a denial of the motion.

## DECLARATION

I hereby move for leave to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915, in this case and submit the following declaration in support thereof:

I, Gary Cederquist, am the Petitioner / Appellant in the above-entitled case, and I declare that I am unable to pay the docketing fee for my petition / appeal. The issues I intend to present for the court's review are as follows:

FORM 6. Motion and Declaration for Leave to Proceed in Forma Pauperis

Form 6 (p. 2)
March 2023

| 1. Pay/Wages | Employer(s) *(including self-employment)* | Gross Annual Pay/Wage |
|---|---|---|
| You | Frito-Lay<br>100 Commerce Way<br>Braintree MA | $ 70,000.00 |
| Spouse | Stoughton Public Schools | $ |

2. Select whether you or your spouse have received income from the below sources over the past 12 months. If yes, on an attached sheet, identify each source of money and the gross amounts you or your spouse (1) have received over the past 12 months and (2) expect to receive in the future.

- ☐ Yes  ☒ No   Income from real property
- ☐ Yes  ☒ No   Interest or dividends
- ☐ Yes  ☒ No   Alimony or child support
- ☐ Yes  ☒ No   Retirement *(including social security, pension, or annuity)*
- ☐ Yes  ☒ No   Disability or worker's compensation
- ☐ Yes  ☒ No   Public Assistance or welfare *(including unemployment)*
- ☐ Yes  ☒ No   Inheritance or life insurance
- ☐ Yes  ☒ No   Gifts
- ☐ Yes  ☒ No   Other sources

3. Are you currently incarcerated?

   ☐ Yes    ☒ No

If yes, you must (1) complete and submit Form 6A (Supplemental In Forma Pauperis Form for Prisoners Authorization) and (2) attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, attach one certified statement of each account.

FORM 6. Motion and Declaration for Leave to Proceed in Forma Pauperis                    Form 6 (p. 3)
                                                                                          March 2023

**4.** Describe and identify the value of any property, holding, or other thing of value owned by you or your spouse that exceeds $1,000 in current worth.

> 

**5.** Identify the names (or initials, if under 18) of all persons who are dependent on you or your spouse for support, their relationship to you, and your contribution to their support.

> 

**6.** Identify any debts, financial obligations, or monthly expenses for you and your spouse.

> See FINACIAL AFFIDAVIT
> See Attached

FORM 6. Motion and Declaration for Leave to Proceed in Forma Pauperis      Form 6 (p. 4)
                                                                            March 2023

7.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☒ Yes        ☐ No

*If yes, describe below.*

```
IF INCARCERATED I will Lose MY current Job
```

8.  Total amount of money you and your spouse have in cash, checking accounts, or savings accounts: $ 450

9.  Have you ever filed a motion for leave to proceed in forma pauperis in any other case in this court?

☐ Yes

☒ No

*If yes, identify the docket number(s):* _____

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States that my answers on this form are true and correct. *See* 28 U.S.C § 1746.

Date: 11/09/2025

Signature: [signed]
Name: Gary Cederquist

Boston Firefighter CU

| | |
|---|---|
| Barclay's | 15,493 |
| BJ's Mastercard | 10,384 |
| Barclay's | 8,336 |
| Capital One Platinum | 5,526 |
| Apple Card | 4,085 |
| Credit One | 2,011 |
| AAArwd | 1,509 |
| Capital One Quicksilver | 1,502 |
| Merrick | 745 |
| Robinhood | 483 |
| First National Bank of Omaha | 383 |
| Elan Fin Svc | 327 |
| **TOTAL CARDS** | **$75,421** |

LOANS

| | |
|---|---|
| DPT ED/AID | 108,224 |
| Ally Financial (car) | 60,740 |
| Best Egg | 36,683 |
| Upgrade Inc | 22,692 |
| Prosper | 12,301 |
| **TOTAL LOANS** | **$240,640** |

Lori Cederquist

LOANS:
- Northshore Bank 136,806
- Best Egg 39,050
- GM Financial 11,397
- $187,253
- Credit Cards
- Macy's $502.00